THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Harold Griffin, Appellant.
 
 
 
 
 

Appeal From Chesterfield County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No.   2009-UP-593
 Submitted December 1, 2009  Filed
December 15, 2009

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Senior Assistant Attorney General Norman Mark Rapoport,
 all of  Columbia; and Solicitor Jay Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM: Harold Griffin appeals his guilty pleas for possession with intent to
 distribute cocaine and possession of cocaine.  On appeal, Griffin maintains the
 plea court abused its discretion in accepting his guilty pleas because due to
 health problems, he will not survive the duration of his sentences.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities: State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599
 (1982) (stating that absent a timely objection at a plea proceeding, the
 sufficiency of a guilty plea can be attacked only through the more appropriate
 channel of post-conviction relief); State v. Lee, 350 S.C. 125, 130, 564
 S.E.2d 372, 375 (Ct. App. 2002) (explaining an issue must be raised to and ruled upon by the trial court to be
 preserved for appellate review).  
AFFIRMED.
HUFF, J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.